IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CV136-RLV-DSC

| | |
|---|---|
| KAREN HUBBARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, | ) |
| LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Russell S. Thompson, IV]" (document #20) filed April 24, 2012. For the reasons set forth therein, the Motion is  granted.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: April 25, 2012

David S. Cayer
United States Magistrate Judge