IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:11CV136-RLV-DSC

| | |
|---|---|
| **KAREN HUBBARD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC, et. al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon "Defendant Portfolio Recovery Associates, LLC's Motion to Quash Notices of Deposition and for Protective Order to Limit Discovery" (document #22); and the parties' briefs and exhibits. See documents ##22-1, 22-2, and 23 through 25.

The Court has carefully reviewed the record, the parties' arguments, and the applicable authority. For the reasons stated in Defendants' Motion and briefs, the Motion is **GRANTED** and the subject notices of deposition are **HEREBY QUASHED**.

The Court further **ORDERS** that Plaintiff is limited to conducting one deposition of Defendant Portfolio Recovery Associates, LLC pursuant to Fed. R. Civ. P. 30(b)(6) covering the subject matter set forth in the three quashed notices of deposition and within the other limits set forth in the Federal Rules of Civil Procedure, the Pretrial Order and the Local Rules.

The Clerk is directed to send copies of this Order to counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED.**

Signed: June 28, 2012

David S. Cayer
United States Magistrate Judge