IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:11CV136-RLV-DSC

| | |
|---|---|
| KAREN HUBBARD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PORTFOLIO RECOVERY )<br>ASSOCIATES, LLC, et. al., )<br>)<br>Defendants. )<br>_____) | ORDER |

    **THIS MATTER** is before the Court on the Application for Admission to Practice Pro Hac Vice [for Marshall Meyers]@ (document #61). For the reasons set forth therein, the Motion will be granted.

    The Clerk is directed to send copies of this Order to counsel; and to the Honorable Richard L. Voorhees.

    **SO ORDERED.**

Signed: December 10, 2012

David S. Cayer
United States Magistrate Judge